

**SCHNEIDER  WALLACE
COTTRELL  BRAYTON
KONECKY** LLP

December 18, 2012

<u>**Via Electronic Filing**</u>

The Honorable Joseph C. Spero
USDC Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    <u>*Hall v. Comcast Corporation, et al.*, **Case No. 4:11-cv-05174-JSW**</u>

Dear Judge Spero:

    The Parties, having met and conferred regarding their outstanding discovery disputes on December 13, 2012, jointly request a brief extension of time to submit a Joint Letter updating the Court on the results of their meet and confer efforts. The Court's Order (Dkt. No. 34) instructs the Parties to "provide a detailed Joint Letter to the Court within five (5) calendar days of their meet-and-confer session," or by December 18, 2012. The Parties respectfully request that this deadline be extended until Friday, December 21, 2012 to allow the Parties time to submit a Joint Letter that sufficiently details for the Court the discovery issues that have been resolved and those still outstanding.

Respectfully Submitted,



/s/ *Carolyn H. Cottrell*
CAROLYN H. COTTRELL (SBN 166977)
TODD M. SCHNEIDER (SBN 158253)
LEE B. SZOR (SBN 276381)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiff and the Putative Class

Dated: 12/19/12

/s/ *Gary T. Lafayette*
LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
REBECCA K. KIMURA (State Bar No. 220420)

1


100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendants Comcast Corporation and Comcast of California / Colorado / Washington I, Inc.