TODD M. SCHNEIDER (SBN 158253)
CAROLYN H. COTTRELL (SBN 166977)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
ccottrell@schneiderwallace.com

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNN HALL, individually and on behalf of others similarly situated, | Case No.: 3:11-cv-05174-JSW |
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| vs. | CLASS ACTION |
| COMCAST CORPORATION, COMCAST OF CALIFORNIA / COLORADO / TEXAS / WASHINGTON, INC., COMCAST OF CALIFORNIA / COLORADO / WASHINGTON I, INC. and DOES 1 to 50 | |
| Defendants. | |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Lee B. Szor, State Bar No. 27638, is no longer associated with the law firm of Schneider Wallace Cottrell Konecky LLP, 180 Montgomery Street, Suite 2000, San Francisco, CA, 94104 (415) 421-7100.

This will not prejudice any party, and Plaintiff will continue to be represented by attorneys at Schneider Wallace Cottrell Konecky LLP.

Additionally, Plaintiff would like to move this Court to order the Clerk's office to remove Mr. Szor from the service list for this matter in the CM/ECF system.

Dated: March 29, 2013                                Respectfully submitted,

                                       /s/ Carolyn H. Cottrell
Carolyn H. Cottrell
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California  94104
Tel:  (415) 421-7100
ccottrell@schneiderwallace.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on March 29, 2013, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                             /s/ Carolyn H. Cottrell
                                                      Carolyn H. Cottrell