**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYNN HALL,

    Plaintiff,

v.

COMCAST CORPORATION, et al.,

    Defendant.
_____/

No. C 11-05174 JSW

**ORDER TO SHOW CAUSE**

On December 3, 2012, the Court approved a stipulation between the parties regarding a briefing schedule on Plaintiff's anticipated motion for class certification and set the hearing for May 17, 2013. Pursuant to the stipulation and order, Plaintiff was supposed to file her motion for class certification by February 22, 2013. To date, Plaintiff has not yet filed this motion. Accordingly, by no later than April 22, 2013, the Court HEREBY ORDERS Plaintiff to Show Cause ("OSC") in writing why this action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 16, 2013

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

Case 3:11-cv-05174-JSW   Document 44   Filed 04/16/13   Page 2 of 2