1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  REBECCA K. KIMURA (State Bar No. 220420)
   100 Spear Street, Suite 600
3  San Francisco, California 94105
   Telephone:   (415) 357-4600
4  Facsimile:   (415) 357-4605

5  Attorneys for Defendant
   Comcast Corporation and Comcast of
6  California / Colorado / Washington I, Inc.

7  TODD M. SCHNEIDER (State Bar No. 158253)
   CAROLYN H. COTTRELL (State Bar No. 166977)
8  SCHNEIDER WALLACE
   COTTRELL KONECKY LLP
9  180 Montgomery Street, Suite 2000
   San Francisco, California 94104
10 Telephone:   (415) 421-7100
   Facsimile:   (415)-421-7105
11
   Attorneys for Plaintiff Lynn Hall
12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16  LYNN HALL, individually and on behalf of       Case No. C11-05174-JSW
    all others similarly situated,
17                                                 **STIPULATION AND [PROPOSED]
                                                   ORDER CONTINUING CASE
18              Plaintiff,                          MANAGEMENT CONFERENCE**

19                                                 Date:  June 14, 2013
    vs.                                            Time:  1:30 p.m.
20                                                 Dept.: Courtroom 11, 19th Floor

21  COMCAST CORPORATION, COMCAST
    OF CALIFORNIA / COLORADO / TEXAS /
22  WASHINGTON, INC., COMCAST OF
    CALIFORNIA / COLORADO /
23  WASHINGTON I, INC. and DOES 1 to 50

24
                Defendants.
25

26

27

28
                                                                          1

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
(Case No. C11-05174-JSW)

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

Case 3:11-cv-05174-JSW Document 48 Filed 06/10/13 Page 2 of 3

1    Plaintiff Lynn Hall ("Plaintiff"), along with Defendant Comcast Corporation and

2  Defendant Comcast of California / Colorado / Washington I, Inc. ("Defendants") (collectively,

3  "the Parties"), through their respective counsel present the following stipulation and proposed

4  order regarding a continuance of the upcoming case management conference currently set for

5  June 14, 2013 at 1:30 p.m.

6    WHEREAS, on December 3, 2012, this Court set a further case management conference

7  for June 14, 2013 (Dkt No. 33);

8    WHEREAS, on June 7, 2013, the Parties filed their Updated Joint Case Management

9  Statement, informing the Court that they have negotiated a settlement of the action;

10    WHEREAS, the Parties are in the process of preparing necessary settlement documents

11  and will file approval papers and/or a stipulation of dismissal by June 26, 2013;

12    WHEREAS, the Parties respectfully request that the case management conference be

13  continued to August 30, 2013, if necessary, so that the settlement can be finalized and any

14  remaining issues can be addressed at that time.

15    **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

16    The case management conference for this case shall be continued to August 30, 2013, at

17  1:30 p.m.

18

19  DATED:  June 10, 2013              LAFAYETTE & KUMAGAI LLP

20

21                                      /s/ *Rebecca K. Kimura*
                                       REBECCA K. KIMURA
                                       Attorneys for Defendants COMCAST
22                                     CORPORATION and COMCAST OF CALIFORNIA
                                       / COLORADO / WASHINGTON I, INC.
23

24  DATED:  June 10, 2013              SCHNEIDER WALLACE
                                       COTTRELL KONECKY LLP
25

26                                      /s/ *Carolyn H. Cottrell*
                                       CAROLYN H. COTTRELL
27                                     Attorneys for Plaintiff LYNN HALL

28

2

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
(Case No. C11-05174-JSW)

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**ORDER**

The Court, having reviewed the Parties' Stipulation Continuing the Case Management

Conference, and good cause appearing, hereby orders that the further case management

conference is continued to August 30, 2013, at 1:30 p.m.

IT IS SO ORDERED.

Dated: June 11, 2013

_____
THE HONORABLE JEFFREY S. WHITE
United States District Court

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on June 10, 2013, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ Rebecca K. Kimura
REBECCA K. KIMURA

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
(Case No. C11-05174-JSW)

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605