1  CAROLYN H. COTTRELL (SBN 166977)
   SCHNEIDER WALLACE
2  COTTRELL KONECKY LLP
   180 Montgomery Street, Suite 2000
3  San Francisco, California 94104
   Telephone: (415) 421-7100
4  Facsimile: (415) 421-7105
   ccottrell@schneiderwallace.com

5  Attorney for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNN HALL, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, COMCAST OF CALIFORNIA / COLORADO / TEXAS / WASHINGTON, INC., COMCAST OF CALIFORNIA / COLORADO / WASHINGTON I, INC. and DOES 1 to 50<br><br>Defendants. | Case No.: 3:11-cv-05174-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINES** |

# STIPULATION

Plaintiff Lynn Hall ("Plaintiff"), along with Defendant Comcast Corporation and Defendant Comcast of California / Colorado / Washington I, Inc. ("Defendants")(collectively, "the Parties"), through their respective counsel present the following stipulation and proposed order regarding a continuance of the upcoming deadline to file approval papers and/or stipulation of dismissal currently set for tomorrow, June 26, 2013.

WHEREAS, on June 10, 2013, counsel for the Parties filed a Stipulation and Proposed Order continuing the case management conference to August 30, 2013, and agreeing to file approval papers and/or a stipulation of dismissal by June 26, 2013 [Dkt No. 47] ;

WHEREAS, on June 11, 2013, the Court signed the order continuing the case management conference to August 30, 2013, at 1:30 p.m. [Dkt No. 48];

WHEREAS, counsel for Plaintiff has had a death in her family, and respectfully requests a two-week extension to file approval papers and/or a stipulation of dismissal;

WHEREAS, the parties request that the deadline to file approval papers and/or a stipulation of dismissal be extended to July 9, 2013.  This request will not impact the case management conference currently set for August 30, 2013, at 1:30 p.m.

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

The deadline to file approval papers and/or a stipulation of dismissal shall be extended to July 9, 2013.

DATED: June 25, 2013                    SCHNEIDER WALLACE
                                        COTTRELL KONECKY LLP


                                         /s/ *Carolyn H. Cottrell*
                                        CAROLYN H. COTTRELL
                                        Attorneys for Plaintiff LYNN HALL and the Putative Class

//
//
//
//

---

1
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINES
*Hall v. Comcast Corporation, et al.*, Case No. 3:11-cv-05174-JSW

1 | DATED: June 25, 2013 LAFAYETTE & KUMAGAI LLP

 /s/ *Rebecca K. Kimura*
REBECCA K. KIMURA
Attorneys for Defendants COMCAST CORPORATION and COMCAST OF CALIFORNIA / COLORADO / WASHINGTON I, INC.

# ORDER

The Court, having reviewed the Parties' stipulation, and good cause appearing, hereby orders that the deadline to file approval papers and/or a stipulation of dismissal shall be extended to July 9, 2013.

IT IS SO ORDERED.

Dated: June 26, 2013

_____
HON. JEFREY S. WHITE
United States District Court